# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ASHLEY RAMOS-RIVERA,**

    **Plaintiff,**

v.                                       Case No: 6:19-cv-174-Orl-22GJK

**REDROCK TRAVEL GROUP, LLC,
CARDIFF LEXINGTON
CORPORATION and ROLLAN
ROBERTS, II,**

    **Defendants.**

___

## ORDER

This cause comes before the Court on Plaintiff's Motion for Approval of Settlement as to Defendants Cardiff Lexington Corporation and Rollan Roberts II (Doc. No. 71) filed on January 3, 2020. The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED. After an independent de novo review of the record in this matter, and noting that the parties filed a Notice of Non-Objection (Doc. No. 73), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 8, 2020 (Doc. No. 72), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Motion for Approval of Settlement as to Defendants Cardiff Lexington Corporation and Rollan Roberts II is hereby GRANTED. However, the Court declines to reserve jurisdiction over the enforcement of the agreement.

3. The Court approves the settlement as a fair and reasonable compromise of a bona fide FLSA dispute.

4. Plaintiff's claims against Defendants Cardiff Lexington Corporation and Rollan Roberts II are DISMISSED with prejudice. The Clerk is directed to terminate them as parties to this action.

5. **On or before January 21, 2020, Plaintiff shall either file a motion for default judgment against Redrock Travel Group, LLC or dismiss the Amended Complaint as to Redrock. Failure to do so will result in dismissal of the claims against Redrock for failure to prosecute**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 9, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties